**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Gregory ANSPACH, Respondent.**

Supreme Court of Pennsylvania.

April 26, 2007.

### *ORDER*

PER CURIAM.

Pursuant to *Commonwealth v. Williams*, 578 Pa. 504, 854 A.2d 440, 445 (2004) (credibility of witnesses lies solely with trier of fact; appellate court will not reweigh evidence and substitute its judgment), the Petition for Allowance of Appeal is hereby **GRANTED,** the order of the Superior Court is **REVERSED,** and the case **REMANDED** to the trial court for reinstatement of the sexually violent predator designation.

Jurisdiction relinquished.

---

**Jahn CHESNOV, Individually and as a Candidate for Bucks County Common Pleas Judge, Appellant,**

v.

**Pedro A. CORTES Secretary of the Commonwealth and Harry Van Sickle Commissioner of Elections, Appellees,**

**Harry Fawkes, Intervenor,**

**Jahn Chesnov, Individually and as a Candidate for Bucks County Common Pleas Judge**

v.

**Pedro A. Cortes Secretary of the Commonwealth and Harry Van Sickle Commissioner of Elections.**

**Appeal of Harry Fawkes, Intervenor.**

Supreme Court of Pennsylvania.

April 26, 2007.

### *ORDER*

PER CURIAM.

The Order of the Commonwealth Court is hereby **AFFIRMED.**